UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GISLEINE CRISTINA MANENTI

AGAINST

THE GOVERNMENT OF THE USA

**PLEASE TAKE NOTICE THAT THE PLAINTIFF, GISLEINE CRISTINA MANENTI REQUESTS THAT THIS COURT OF LAW:**

Order the United States Government to issue a visitor's visa to the litigant, enabling her holiday in american soil.

This case is based on the Fundamental Constitutional protections of due process and equal protection embodied in the American Constitution.

The plaintiff requests that her facts, attached to this act as "Declaration", be taken into account by this Court.

IN THE SUPPORT OF THIS MOTION I PRESENT THE FOLLOWING DOCUMENTS.

- DECLARATION;

- MEMORANDUM OF LAW  MADE BY MYSELF

- DOCUMENTS: *i* - Degree certificate in engineering; *ii* - Work Portfolio that proves her work/engagements and therefore livelihood are very much tied to her homeland; *iii* - A list of the real estate properties, accompanied by the respective Deeds Issued by the Brazilian Real Estate Registry Office; *iv* - Proof of no criminal records Issued by the Brazilian Government; *v* -  Income Tax declarations; *vi* - Postgraduate Degree in environmental engineering, and, *vii* - Hotel reservations and the airfare tickets, including her ticket for the scheduled trip back to Brazil.

-

APPROPRIATE TO REQUEST THAT THE FOLLOWING REQUIREMENTS ARE MET.

- Grant the right of exemption of costs.(pauperis form annex)

- Grant the right to Amend the documents if necessary.

- That a public attorney is assigned to assist this party.

- That, since the Petitioner resides in a foreign country, that the use of e-mail and such other means for movements and filements be granted. ( Motion for permission for Electronic Case filing Annex)

- Order the translations of documents written in Portuguese and in accordance with the principle of equality of arms, that the party is granted the right of communicating with the Honorable Magistrates by E-mail, Skype, and other communicational means as such.

- The party also requests that subpoenas are to be assingned to the Email addres: gismanentiusa@gmail.com.

São Paulo, Brazil 018/03/2022

**GISLEINE CRISTINA MANENTI**

**ADDRESS**: Brazil, Rua Guaraiuva, 233, Brooklin, CEP 04569-000, Cidade Monções - SP - São Paulo - Brasil.

**DECLARATION**

The litigant is a Brazilian citizen, an engineer, businesswoman and landowner, without any criminal records.

In the current year of 2022, the litigant applied for a access visa to legally enter the United

States of America to conduct a long awaited holiday and enjoy the many touristic endeavors that entice tourists worldwide to visit the United States.

The litigant would spend a period of just over a fortnight in American Soil, to that end, she had already purchased a scheduled plane ticket back to her homeland.

Despite providing every document requested, and, in fact, the litigant provided every single document requested by the Immigration Authority, the litigant had her visa application denied. Among the documents requested by the immigration offices, the applicant provided the offices with:

*i* - Her degree in engineering; *ii* - Work Portfolio that proves her work/engagements and therefore livelihood are very much tied to her homeland; *iii* - A list of her real estate properties, accompanied by the respective Deeds Issued by the Brazilian Real Estate Registry Office; *iv* - Proof of no criminal records Issued by the Brazilian Government; *v* - Her Income Tax declarations; *vi* - Postgraduate degree in environmental engineering, and, *vii* - Hotel reservation and the airfare tickets, including her ticket for the scheduled trip back to

Brazil.

The Federal Administration had denied her visa application on the very much unfunded grounds that the author had no significant ties to her homeland - Brazil - and therefore would most likely remain illegally in the United States.

Although the decision alone would attack the presumption of innocence, it serves this court well to notice that the authority did not even bother to provide the accused applicant with the right to respond to the claims that, no doubt, are not a product of the due analysis of the documents brought forth.

Moreover, no proof or evidence that the plaintiff had any real intention or reasons to abandon her well formed life in her country was in turn brought forth by the Immigrations Office, meaning there is no document or evidence that leads to any indication of illegal intention.

The claims that the applicant is a risk of illegal immigration in the US are product of an overimaginative and unrealistic judgment based on preposterous premises, moreover, such conclusion is incongruous to the documentation that was submitted, demonstrating a lack of diligence and due analysis of the documents in the administrative

procedures.

If one is to enter the United States Illegally, one does not tender an application for a visa.

It is highly unlikely for the litigant to apply for a visitation visa, awaiting months of morous bureaucracy, spending a considerable amount of her income and providing extensive documentation to the Immigration Authority, going to the extent of purchasing a plane ticket for the trip back, if she had actual plans to remain illegally. Had such plans been drawn, the litigant would simply enter illegally.

Moreover, the plaintiff did as a matter of fact provide the Immigration Authority with proof that she would return to Brazil, as she documented highly relevant legal ties with her Country of Origin.

She presented proof of a job position, scholarship in public schools and Universities, proved land ownership, lease agreements, ownership of business, assets, vehicles and other equally relevant emotional attachments, for instance, her family, friends and acquaintances all reside in Brazil.

So the insinuation that the plaintiff would simply abandon all her assets, all of her engagements, business ties and family members, setting aside her livelihood just to remain illegally in

a foreing country is a far-fetched conjecture, and a very strained one at that.

That is, the allegation that the plaintiff represents an actual risk of remaining illegally in the USA is dismantled by the aforementioned ties with her homeland. It is out-right unrealistic that one would abandon his self built company, his farm business, his College tuition, and his very privileged situation in his Homeland to become an illegal immigrant without a livelihood, assets, real estate, family and no legal protection in a foreign country.

The plaintiff is, indeed, a cultured, financially adjusted, competent professional with graduate and postgraduate degrees alike. The litigant, also worthy of mentioning, yet again, is a landowner, with numerous assets and no criminal records whatsoever. She is not a criminal and has no intention of becoming one for the sole purpose of visiting Disneyland, Times Square etc.

Such as it stands, there are no legal grounds or actual proof that would sustain the denial of her visa.

Generally, the profile of one that seeks to enter a country illegally is not of one who abides immigration procedures in good faith and is willing

to appear before a Magistrate. Such cases are extremely borderline.

However, the government still refuses to issue the visa based on the unsubstantiated claims that the plaintiff would leave all of her achievements, assets, business, and family members to remain illegally in the USA, only to be tried and convicted. Not the most likely turn of events to take place.

These unsubstantiated claims, as well as the denial of her visa, outline an unequivocal fault in the administrative procedures and it shall not stand.

*EX positis,* the plaintiff requests that the immigration offices be ordered to accept the documentation provided as sufficient proof of her legal ties to her motherland, granting the plaintiff with a immigration visa for the specific purpose or tourism, and valid, only, for the duration of her holiday.

## MEMORANDUM  OF LAW (MANENTI X U.S.A.)

## RIGHT OF JUDICIAL REVIEW OF THE ADMINISTRATIVE PROCEDURE

The Administrative Procedure Act prescribes that all administrative procedures have basic rights that are to be followed and obeyed by the

United States Government.

The aforementioned act outlines the quintessential right to due process of law, reverberating the American Constitution itself.

The procedural law is predicated on the right of ample defense, presentation of evidence and of decisions with substantiated grounds, to rid the administrative procedure of subjective, preconceived, arbitrary notions that would lay waste to the due process of law.

In the present case, the right to ample defense, the right to present evidence and the presumption of innocence were not observed. In the out-right absence of due analysis, and of opportunity to present evidence, the administrative procedure is contaminated.

The administrative procedures was presided over the subjectivity and arbitrary whims of the immigration offices and not by the due process of diligence and evidence commanded by the law.

The lack of due process embodied by the absence of actual analysis of the documents and the facts they substantiate warrants the judicial review of the denial of the visiting visa, to guarantee

that the applicant is judged by the evidence brought forth, and not by the subjective opinion of any office.

## THE ANTICIPATION OF GUILT AND THE INJURY TO THE PRINCIPLE OF PRESUMPTION OF INNOCENCE

*In casu*, the fifth Amendment guarantees that no one shall be deprived of their liberty or property without due process of law.

In light of the documents brought forth by the applicant, it is hard not to come to the conclusion that the Immigration office's decision is not based on any evidence resulting from due process of law, but on an unsubstantiated presumption of guilt, which was, if truth be told, proven terribly inaccurate.

The authority presumed the malice of the applicant and presumed her guilt, thereby infringing the principle of presumption of innocence.

The decision, therefore, is inconstitucional.

## REASONS WHY THE PLAINTIFF SHOULD PREVAIL

The legislation described IN Sec. 212 [8 U.S.C. 1882] describes the hypotheses in wich

consular authority may refuse to issue the visa.

The applicant, as was extensively reiterated, does not have any of the impediments foreseen in the law, which is why there is no just cause to the denial of her visa application.

During the administrative procedure presided by the Consular Authority no evidence suggesting any of the legal impediments was uncovered.

Quite on the contrary, the already much elaborated on documents, attesting her extensive and relevant legal ties were duly presented to the authorities in the Consular Offices.

In fact, she presented, in good faith, evidence of no criminal record whatsoever, assets, degrees in higher education, real estate and evidence of parental and family bonds that intrinsically bind her to her Country of Origin.

It remains clear that the administrative decision to deny the application of the plaintiff's visa is not based on any evidence resulting from a due process of law.

**CONCLUSION**

*Ex positis,* the litigant requests that this court order the Goverment of the Unitade States  to issue a tourist visa in the name of the plaintiff.

Brazil, São Paulo, 18/03/2022

GISLEINE CRISTINA MANENTI

Adress: Rua Guaraiuva, 233 São Paulo, Zip Code/CEP 04569-000 - SP - Brasil.

Tel: (55) (11) 99173169



Assinatura do titular / Signature du titulaire
Bearer's signature / Firma del titular

Este passaporte deve ser assinado pelo titular,
salvo em caso de incapacidade.

Ce passeport doit être signé par le titulaire,
sauf en cas d'incapacité.

This passport must be signed,
except where the bearer is unable to do so.

Este pasaporte debe ser firmado por el titular,
salvo en caso de incapacidad.

REPÚBLICA FEDERATIVA DO BRASIL

PASSAPORTE
PASSPORT

P<BRAMANENTI<<GISLEINE<CRISTINA<<<<<<<<<<<<<
FI577201<9BRA8708128F1808203<<<<<<<<<<<<<<08

PROVING THAT SHE HAVE
EMPLOYMENT

# CONTRATO DE COMPRA E VENDA

Eu, Mario Yoji Sonoda, brasileiro, casado, portador do CPF: 762424808-59 e RG: 8507677, residente na Rua Tailandía, 293 - Vila Friburgo, São Paulo declaro a venda da banca de revista e jornal para Gisleine Cristina Manenti, brasileira, solteira, portadora do CPF: 064828839-07 e RG: 90564439, residente na Alameda dos Maracatins, 1011 apto 34 - Indianópolis, São Paulo.

As partes acima identificadas têm , entre si , justas e acertadas o  presente Contrato de Compra e Venda de Estabelecimento Comercial,  localizado na Alameda dos Arapanes, 322 esquina com a Avenida Juruti, Moema, São Paulo.

A compra foi efetuada no dia 10/11/2013 através de depósito bancário no valor de 5.000,00 reais (R$ 5000,00).

_____
Assinatura do comprador (Gisleine Cristina Manenti)

_____
Assinatura do vendedor (Mario Yoji Sonoda)

5 de Dezembro, 2013

## CONTRATO DE TRABALHO

**Empregador: PROPARKS TURISMO LTDA**
**CNPJ/CEI: 06.313.530/0001-03**
End. Av. Paulo 978 -
Mun. /uni: São Paulo                                              UF SP
Esp. Ocup.: Agências de viagens
Cat. ..........................                    C.B.O. 4231-25
Data Admissão: 05/10/2014                         Categ FGTS 01
Reg. no N° 000000*                                 Rs/Ficha 13
Rem. m. Especificada        R$ 990,00              2 × Mensalista
- Nov. /centos e Noventa Reais )

# INCOME TAX

| MINISTÉRIO DA FAZENDA | IMPOSTO SOBRE A RENDA - PESSOA FÍSICA | |
|---|---|---|
| SECRETARIA DA RECEITA FEDERAL DO BRASIL | EXERCÍCIO 2016 | ANO-CALENDÁRIO 2015 |

Sr(a) GISLEINE CRISTINA MANENTI, inscrito no CPF sob o nº 064.828.839-07.

O NÚMERO DO RECIBO de sua declaração apresentada em 04/05/2016, às 08:21:09, é:

### 33.21.74.30.33 - 69

Este número é de uso pessoal e NÃO deve ser fornecido a terceiros. Ele é obrigatório para:

- retificar esta declaração;

- gerar um código de acesso para obter informações e realizar serviços disponíveis na página da Secretaria da Receita Federal do Brasil na Internet, tais como:
  - Declaração IRPF – Extrato:

    - informação da situação do processamento;

    - apresentação de eventuais pendências e orientações sobre como resolvê-las;

    - alteração ou cancelamento de débito automático das quotas;

    - exibição de quotas do imposto em atraso e emissões dos Documentos de Arrecadação de Receitas Federais (Darf) atualizados

  - Situação Fiscal:

    - Informação de eventuais pendências, inclusive as relativas à Dívida Ativa da União, e orientação sobre como regularizá-las.

Atenção: Guarde este número para informá-lo na declaração do exercício de 2017, no campo "número do recibo da declaração do ano anterior".

#### Informações sobre a Impressão do Darf

O programa da Declaração de Ajuste Anual do Imposto sobre a Renda da Pessoa Física só permite a impressão do Darf para o pagamento da quota única ou da primeira quota.

O contribuinte pode obter o Darf para pagamento de todas as quotas do Imposto sobre a Renda da Pessoa Física, no sítio da RFB na Internet, no endereço <rfb.gov.br>, das seguintes formas:

1. Na barra "Em Destaque" da página inicial, clique na opção "Onde Encontro?" e selecione os ícones "Pagamentos" e "Pagamento do Imposto de Renda Pessoa Física". Posteriormente, selecione "Pagamento das quotas do Imposto de Renda Pessoa Física (IRPF)" e clique em "Programa para cálculo e emissão do Darf das quotas do IRPF". Após a leitura das "Dicas de Operação", clique em "Cálculo", na barra azul, e informe os dados solicitados até a impressão do DARF; ou

2. Na página inicial do sítio da RFB, clique na aba "Atendimento Virtual (e-CAC)" e acesse o Portal e-CAC. Em seguida, clique em "Declarações e Demonstrativos", selecione a opção "Extrato do Processamento da DIRPF". Na lista das declarações encontradas clique no ícone "Débitos" para consultar o "Demonstrativo de Débitos da Declaração". Após visualizar o quantitativo de quotas e a situação de cada uma delas, clique no ícone "Impressão" para emitir o Darf do mês desejado.

| NOME: | **GISLEINE CRISTINA MANENTI** | **IMPOSTO SOBRE A RENDA - PESSOA FÍSICA** | |
|---|---|---|---|
| CPF: | **064.828.839-07** | | |
| DECLARAÇÃO DE AJUSTE ANUAL | | **EXERCÍCIO 2016    ANO-CALENDÁRIO 2015** | |

## IDENTIFICAÇÃO DO CONTRIBUINTE

| | | | |
|---|---|---|---|
| Nome: | GISLEINE CRISTINA MANENTI | CPF: | 064.828.839-07 |
| Data de Nascimento: | 12/08/1987 | Título Eleitoral: | |
| Possui cônjuge ou companheiro(a)? | Não | | |

Houve mudança de endereço?     Não

Um dos declarantes é pessoa com doença grave ou portadora de deficiência física ou mental?     Não

| | | | |
|---|---|---|---|
| Endereço: | Avenida DOS ESTADOS | Número: | 1100 |
| Complemento: | | Bairro/Distrito: | CENTRO |
| Município: | Santa Terezinha de Itaipu | UF: | PR |
| CEP: | 85875-000 | DDD/Telefone: | |

Natureza da Ocupação:     01 - Empregado de empresa do setor privado, exceto de instituições financeiras

Ocupação Principal:     519  Outros trabalhadores de serviços diversos

Ti. de declaração:     Declaração Retificadora

Nº do recibo da declaração anterior do exercício de 2016:     385359954121

## DEPENDENTES

Sem informações

## ALIMENTANDOS

Sem informações

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA JURÍDICA PELO TITULAR     (Valores em Reais)

| NOME DA FONTE PAGADORA | REND. RECEBIDOS DE PES. JURÍDICA | CONTR. PREVID. OFICIAL | IMPOSTO RETIDO NA FONTE | 13º SALÁRIO | IRRF SOBRE 13º SALÁRIO |
|---|---|---|---|---|---|
| PROPARKS TURISMO LTDA | 13.464,00 | 1.077,12 | 0,00 | 1.082,84 | 0,00 |
| CN    CPF:  05.313.530/0001-03 | | | | | |
| **TOTAL** | 13.464,00 | 1.077,12 | 0,00 | 1.082,84 | 0,00 |

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA JURÍDICA PELOS DEPENDENTES

Sem informações

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA FÍSICA E DO EXTERIOR PELO TITULAR

Sem informações

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA FÍSICA E DO EXTERIOR PELOS DEPENDENTES

Sem informações

| NOME: | GISLEINE CRISTINA MANENTI | | |
|---|---|---|---|
| CPF: | 064.828.839-07 | IMPOSTO SOBRE A RENDA - PESSOA FÍSICA | |
| DECLARAÇÃO DE AJUSTE ANUAL | | EXERCÍCIO 2016 ANO-CALENDÁRIO 2015 | |

| RENDIMENTOS ISENTOS E NÃO TRIBUTÁVEIS | (Valores em Reais) |
|---|---|
| 01. Bolsas de estudo e de pesquisa caracterizadas como doação, exceto as da linha 15, exclusivamente para proceder a estudos ou pesquisas e desde que os resultados dessas atividades não representem vantagem para o doador, nem importem contraprestação de serviços | 0,00 |
| 02. Capital das apólices de seguro ou pecúlio pago por morte do segurado, prêmio de seguro restituído em qualquer caso e pecúlio recebido de entidades de previdência privada em decorrência de morte ou invalidez permanente | 0,00 |
| 03. Indenizações por rescisão de contrato de trabalho, inclusive a título de PDV, e por acidente de trabalho; e FGTS | 0,00 |
| 04. Lucro na alienação de bens e/ou direitos de pequeno valor ou do único imóvel; lucro na venda de imóvel residencial para aquisição de outro imóvel residencial; redução do ganho de capital | 21.000,00 |
| 05. Lucros e dividendos recebidos pelo titular e pelos dependentes | 0,00 |
| 06. Parcela isenta de proventos de aposentadoria, reserva remunerada, reforma e pensão de declarante com 65 anos ou mais | 0,00 |
| 07. Pensão, proventos de aposentadoria ou reforma por moléstia grave ou aposentadoria ou reforma por acidente em serviço | 0,00 |
| 08. Rendimentos de cadernetas de poupança e letras hipotecárias | 2.661,13 |

| Beneficiário | CPF | CNPJ da Fonte Pagadora | Nome da Fonte Pagadora | Valor |
|---|---|---|---|---|
| Titular | 064.828.839-07 | 60.701.190/0001-04 | BCO ITAU | 2.661,13 |

| | |
|---|---|
| 09. Rendimento de sócio ou titular de microempresa ou empresa de pequeno porte optante pelo Simples Nacional, exceto pro labore, aluguéis e serviços prestados | 0,00 |
| 10. Transferências patrimoniais - doações e heranças | 0,00 |
| 11. Parcela não tributável correspondente à atividade rural | 0,00 |
| 12. Imposto sobre a renda de anos-calendário anteriores compensado judicialmente neste ano-calendário | 0,00 |
| 13. 75% (setenta e cinco por cento) dos rendimentos do trabalho assalariado recebidos em moeda estrangeira por servidores de autarquias ou repartições do Governo Brasileiro situadas no exterior, convertidos em reais | 0,00 |
| 14. Incorporação de reservas ao capital / Bonificações em ações | 0,00 |
| 15. Bolsas de estudo e de pesquisa caracterizadas como doação, quando recebidas exclusivamente para proceder a estudos ou pesquisas, recebidas por médico-residente e por servidor da rede pública de educação profissional, científica e tecnológica que participe das atividades do Pronatec | 0,00 |
| 16. Benefícios indiretos e reembolso de despesas recebidos por voluntário da Fifa, da Subsidiária Fifa no Brasil ou do Comitê Organizador Brasileiro (LOC) que auxiliar na organização e realização das Copas das Confederações Fifa 2013 e do Mundo Fifa 2014 | 0,00 |
| 17. Transferências patrimoniais - meação e dissolução da sociedade conjugal e da unidade familiar | 0,00 |

| NOME: | GISLEINE CRISTINA MANENTI | |
|---|---|---|
| CPF: | 064.828.839-07 | **IMPOSTO SOBRE A RENDA - PESSOA FÍSICA** |
| DECLARAÇÃO DE AJUSTE ANUAL | | **EXERCÍCIO 2016    ANO-CALENDÁRIO 2015** |

| | |
|---|---|
| 20. Recuperação de Prejuízos em Renda Variável (bolsa de valores, de mercadorias, de futuros e assemelhados e fundos de investimento imobiliário) | 0,00 |
| 21. Rendimento bruto, até o máximo de 90%, da prestação de serviços decorrente do transporte de carga e com trator, máquina de terraplenagem, colheitadeira e assemelhados | 0,00 |
| 22. Rendimento bruto, até o máximo de 40%, da prestação de serviços decorrente do transporte de passageiros | 0,00 |
| 23. Restituição do imposto sobre a renda de anos-calendário anteriores | 0,00 |
| 24. Outros | 0,00 |
| **TOTAL** | **23.661,13** |

## RENDIMENTOS SUJEITOS À TRIBUTAÇÃO EXCLUSIVA / DEFINITIVA

| | (Valores em Reais) |
|---|---|
| 01. 13º salário | 1.082,84 |
| 02. Ganhos de capital na alienação de bens e/ou direitos | 0,00 |
| 03. Ganhos de capital na alienação de bens, direitos e aplicações financeiras adquiridos em moeda estrangeira | 0,00 |
| 04. Ganhos de capital na alienação de moeda estrangeira em espécie | 0,00 |
| 05. Ganhos líquidos em renda variável (bolsas de valores, de mercadorias, de futuros e assemelhados e fundos de investimento imobiliário) | 0,00 |
| 06. Rendimentos de aplicações financeiras | 0,00 |
| 07. Rendimentos recebidos acumuladamente | 0,00 |
| 08. 13º salário recebido pelos dependentes | 0,00 |
| 09. Rendimentos recebidos acumuladamente pelos dependentes | 0,00 |
| 10. Juros sobre capital próprio | 0,00 |
| 11. Participação nos lucros ou resultados | 0,00 |
| 12. Outros | 0,00 |
| **TOTAL** | **1.082,84** |

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA JURÍDICA PELO TITULAR (IMPOSTO COM EXIGIBILIDADE SUSPENSA)

Sem informações

## RENDIMENTOS TRIBUTÁVEIS RECEBIDOS DE PESSOA JURÍDICA PELOS DEPENDENTES (IMPOSTO COM EXIGIBILIDADE SUSPENSA)

Sem informações

## RENDIMENTOS TRIBUTÁVEIS DE PESSOA JURÍDICA RECEBIDOS ACUMULADAMENTE PELO TITULAR

Sem informações

## RENDIMENTOS TRIBUTÁVEIS DE PESSOA JURÍDICA RECEBIDOS ACUMULADAMENTE PELOS DEPENDENTES

Sem informações

## IMPOSTO PAGO / RETIDO

Sem informações

## PAGAMENTOS EFETUADOS

| NOME: | GISLEINE CRISTINA MANENTI | IMPOSTO SOBRE A RENDA - PESSOA FÍSICA |
|---|---|---|
| CPF: | 064.828.839-07 | |
| DECLARAÇÃO DE AJUSTE ANUAL | | EXERCÍCIO 2016    ANO-CALENDÁRIO 2015 |

## DECLARAÇÃO DE BENS E DIREITOS

(Valores em Reais)

| CÓDIGO | DISCRIMINAÇÃO | SITUAÇÃO EM | |
|---|---|---|---|
| | | 31/12/2014 | 31/12/2015 |
| 24 | 60% DE UMA BANCA DE JORNAL SITO A ALAMEDA DOS ARAPANES, 322, ESQ.C/AV.JURUTI, MOEMA-SÃO PAULO-SP, ADQ. DE MARIO YOJI SONADA CPF. 762.424.808-59 EM 10/11/2013 *** VENDIDO P/MARCELO ESTEVES DOS SANTOS CPF 172.675.238-03 EM 03/04/2015 POR R$ 30.000,00 105 - Brasil | 9.000,00 | 0,00 |
| 41 | POUPANÇA BCO.TAU 9353-00843-7 105 - Brasil | 0,00 | 43.000,00 |
| 63 | DISPONIBILIDADE FINANCEIRA 105 - Brasil | 14.000,00 | 0,00 |
| TOTAL | | 23.000,00 | 43.000,00 |

## DÍVIDAS E ÔNUS REAIS

Sem informações

## ESPÓLIO

Sem informações

## DOAÇÕES A PARTIDOS POLÍTICOS

Sem informações

| NOME: | GISLEINE CRISTINA MANENTI | IMPOSTO SOBRE A RENDA - PESSOA FÍSICA |
|---|---|---|
| CPF: | 064.828.839-07 | |
| DECLARAÇÃO DE AJUSTE ANUAL | | EXERCÍCIO 2016    ANO-CALENDÁRIO 2015 |

## DEMONSTRATIVO DA APURAÇÃO DOS GANHOS DE CAPITAL

Sem informações

### ALIENAÇÃO DE DIREITO/BEM MÓVEL (Valores em Reais)                CPF: 064.828.839-07

### DADOS DO MÓVEL

| ESPECIFICAÇÃO | | | DATA DE AQUISIÇÃO |
|---|---|---|---|
| BANCA DE REVISTA ALAMEDA ARAPANES | | | 10/11/2013 |
| NATUREZA DA OPERAÇÃO | VALOR DE ALIENAÇÃO | CUSTO DE CORRETAGEM | DATA DE ALIENAÇÃO |
| Venda | 30.000,00 | 0,00 | 03/04/2015 |
| SUJEITO A REGISTRO PÚBLICO? | | | Não |

### PERGUNTAS

| A alienação foi a prazo/prestação? | Não |
|---|---|
| O valor do conjunto dos bens ou direitos da mesma natureza, alienados em 04/2015, é superior a R$ 35.000,00? | Não |

### LISTA DE ADQUIRENTES

| C.. / CNPJ | NOME |
|---|---|
| 172.675.238-03 | MARCELO ESTEVES DOS SANTOS |

### CUSTO DE AQUISIÇÃO

| Valor de alienação - (R$) | Valor de corretagem - | Valor líquido de alienação - (R$) | Custo de aquisição - (R$) | Ganho de Capital Resultado 1 - (R$) |
|---|---|---|---|---|
| 30.000,00 | 0,00 | 30.000,00 | 9.000,00 | 21.000,00 |

### CÁLCULO DO IMPOSTO

| Ganho de Capital - Resultado 1 - (R$) | 21.000,00 |
|---|---|
| Alíquota - (%) | 15,00 |
| Imposto devido - (R$) | 0,00 |
| Imposto pago - (R$) | 0,00 |

### CONSOLIDAÇÃO DO BEM - IMPOSTO A PAGAR

| Diferido de Anos Anteriores - (R$) | 0,00 |
|---|---|
| Referente a Alienação em 2015 - (R$) | 0,00 |
| Total - (R$) | 0,00 |
| IR na Fonte (Lei 11.033/2004) - (R$) | 0,00 |
| Devido em 2015 - (R$) | 0,00 |
| Diferido para Anos Posteriores - (R$) | 0,00 |

### CONSOLIDAÇÃO DO BEM - TOTAL

| Imposto pago - (R$) | 0,00 |
|---|---|

| NOME: | GISLEINE CRISTINA MANENTI | | |
|---|---|---|---|
| CPF: | 064.828.839-07 | IMPOSTO SOBRE A RENDA - PESSOA FÍSICA | |
| DECLARAÇÃO DE AJUSTE ANUAL | | EXERCÍCIO 2016   ANO-CALENDÁRIO 2015 | |

**RESUMO**　　　　　　　　　**TRIBUTAÇÃO UTILIZANDO AS DEDUÇÕES LEGAIS**

**RENDIMENTOS TRIBUTÁVEIS**

| | |
|---|---|
| Recebidos de Pessoa Jurídica pelo titular | 13.464,00 |
| Recebidos de Pessoa Jurídica pelos dependentes | 0,00 |
| Recebidos de Pessoa Física/Exterior pelo titular | 0,00 |
| Recebidos de Pessoa Física/Exterior pelos dependentes | 0,00 |
| Recebidos acumuladamente pelo titular | 0,00 |
| Recebidos acumuladamente pelos dependentes | 0,00 |
| Resultado tributável da Atividade Rural | 0,00 |
| TOTAL | 13.464,00 |

**DEDUÇÕES**

| | |
|---|---|
| Contribuição à previdência oficial e Funpresp (até o limite do ente patrocinador) | 1.077,12 |
| Contribuição à previdência oficial (Rendimentos recebidos acumuladamente) | 0,00 |
| Contribuição à previdência complementar, Fapi e Funpresp (acima do limite do ente patrocinador) | 0,00 |
| Dependentes | 0,00 |
| Despesas com instrução | 0,00 |
| Despesas médicas | 0,00 |
| P    ão alimentícia judicial | 0,00 |
| Pensão alimentícia por escritura pública | 0,00 |
| Pensão alimentícia judicial (Rendimentos recebidos acumuladamente) | 0,00 |
| Livro caixa | 0,00 |
| TOTAL | 1.077,12 |

| **IMPOSTO DEVIDO** | | **IMPOSTO A RESTITUIR** | 0,00 |
|---|---|---|---|
| Base de cálculo do imposto | 12.386,88 | **SALDO DE IMPOSTO A PAGAR** | 0,00 |
| Imposto devido | 0,00 | | |
| Dedução de incentivo | 0,00 | **PARCELAMENTO** | |
| Imposto devido I | 0,00 | Valor da quota | 0,00 |
| Contribuição Prev. Empregador Doméstico | 0,00 | Número de Quotas | 0 |
| Imposto devido II | 0,00 | | |
| Imposto devido RRA | 0,00 | | |
| Total do imposto devido | 0,00 | | |

| **IMPOSTO PAGO** | | **INFORMAÇÕES BANCÁRIAS** | |
|---|---|---|---|
| Imposto retido na fonte do titular | 0,00 | | Débito automático: NÃO |
| Imp   retido na fonte dos dependentes | 0,00 | | |
| C    ê-Leão do titular | 0,00 | Banco | |
| Carnê-Leão dos dependentes | 0,00 | Agência (sem DV) | |
| Imposto complementar | 0,00 | Conta para crédito | |
| Imposto pago no exterior | 0,00 | | |
| Imposto retido na fonte (Lei nº 11.033/2004) | 0,00 | | |
| Imposto retido RRA | 0,00 | | |
| Total do imposto pago | 0,00 | | |

## EVOLUÇÃO PATRIMONIAL

| | |
|---|---|
| Bens e direitos em 31/12/2014 | 23.000,00 |
| Bens e direitos em 31/12/2015 | 43.000,00 |
| Dívidas e ônus reais em 31/12/2014 | 0,00 |
| Dívidas e ônus reais em 31/12/2015 | 0,00 |

## OUTRAS INFORMAÇÕES

| | |
|---|---|
| Rendimentos isentos e não tributáveis | 23.661,13 |
| Rendimentos sujeitos à tributação exclusiva/definitiva | 1.082,84 |
| Rendimentos tributáveis - imposto com exigibilidade suspensa | 0,00 |
| Depósitos judiciais do imposto | 0,00 |
| Imposto pago sobre Ganhos de Capital | 0,00 |
| Imposto pago Ganhos de Capital Moeda Estrangeira - Bens, direitos e Aplicações Financeiras | 0,00 |
| Total do imposto retido na fonte (Lei nº 11.033/2004), conforme dados informados pelo contribuinte | 0,00 |
| Imp... to pago sobre Renda Variável | 0,00 |
| Doações a Part. Políticos, Comitês Financ. e Candidatos | 0,00 |
| Imposto a pagar sobre o Ganho de Capital - Moeda Estrangeira em Espécie | 0,00 |
| Imposto diferido dos Ganhos de Capital | 0,00 |
| Imposto devido sobre Ganhos de Capital | 0,00 |
| Imposto devido sobre ganhos líquidos em Renda Variável | 0,00 |
| Imposto devido sobre Ganhos de Capital Moeda Estrangeira - Bens, direitos e aplic. financeiras | 0,00 |

# AEREA GATEWAY AND TURN PASSAGE

# CVC

**#sempreComVC**

**SHOPPING IBIRAPUERA I - PISO MOEMA**
Avenida Ibirapuera, 3103
São Paulo - SP - Brasil
CEP: 04029-902

**Filial:** 1500
**Vendedor:** RENATA SANTANA CONCEIÇÃO
**Email:** renatasantana@cvc.com.br
**Fone:** (11) 21073535

Sexta-Feira, 5 de fevereiro de 2016

**Orçamento nº 175633389**

## Agradecemos a preferência pela CVC BRASIL como sua companhia de viagens.

### Pacote para Las Vegas - (Mc Carran International Airport)

**6 Sem Café**
Período: 09/08/2016 a 15/08/2016
1 Adulto(s)

| | |
|---|---|
| **Total R$** | R$ 4.671,16 |
| **Taxas** | R$ 378,57 |
| **Desconto** | R$ 724,04 |
| **Total** | R$ 4.325,69 |

## Valor por Passageiro

| Passageiros | Quantidade | Valor Pessoa | Valor Total |
|---|---|---|---|
| Adulto | 1 | R$ 4.671,16 | R$ 4.671,16 |
| **Total Quarto 1** | **1** | | **R$ 4.671,16** |

## ✈ Informações dos voos

### Ida

| De | Para | Cia. aérea | Voo | Data | Partida | Chegada |
|---|---|---|---|---|---|---|
| São Paulo - (Aeroporto Internacional Guarulhos) | Panama City - (Tocumen International Airport) | Copa | 758 | 09/08/2016 | 01:50 | 06:49 |
| Panama City - (Tocumen International Airport) | Las Vegas - (Mc Carran International Airport) | Copa | 252 | 09/08/2016 | 09:44 | 11:36 |

### Volta

| De | Para | Cia. aérea | Voo | Data | Partida | Chegada |
|---|---|---|---|---|---|---|
| Las Vegas - (Mc Carran International Airport) | Panama City - (Tocumen International Airport) | Copa | 457 | 15/08/2016 | 23:54 | 06:05 |
| Panama City - (Tocumen International Airport) | São Paulo - (Aeroporto Internacional Guarulhos) | Copa | 725 | 16/08/2016 | 15:42 | 00:45 |

## 🏨 Informações da Hospedagem

**Stratosphere Hotel & Casino**
2000 LAS VEGAS BLVD. SOUTH , 89104, LAS VEGAS, UNITED STATES - USA

| Data de Entrada | Data de Saída | Diárias | Categoria | Quarto | Tipo | Alimentação |
|---|---|---|---|---|---|---|
| 09/08/2016 | 15/08/2016 | 6 | 3 estrelas (s) | 1 | Duplo 1 ou 2 camas DELUXE | Sem Café |

## Informações adicionais do Resort

Você deverá pagar os seguintes encargos no hotel:

## ; inclusos

| Início | Fim | Descrição |
|--------|-----|-----------|
| **/egas** | | |
| /08/2016 | 09/08/2016 | Traslado Hotel / Aeroporto - Regular |
| 09/08/2016 | 09/08/2016 | Traslado Aeroporto / Hotel - Regular |

## Informações importantes

- Preços em Real(R$) sujeitos a alteração sem prévio aviso e válidos somente para a quantidade de passageiros definida neste orçamento.
- Valor da criança válido somente quando acompanhada de dois adultos pagantes no mesmo apartamento.
- Configurações diferentes de apartamentos podem ter preços diferentes. Consulte-nos.
- A compra somente poderá ser realizada após a confirmação dos serviços pelos fornecedores.
- O orçamento acima é apenas uma tomada de preços.
- Os serviços citados não estão reservados.
- A providência de reservar os serviços só será tomada após o aceite deste orçamento.
- Este orçamento foi feito com base na menor tarifa para os serviços solicitados, podendo sofrer alteração devido à disponibilidade de lugares no ato da compra.
- AS TARIFAS DE HOTELARIA INTERNACIONAL DA CVC SEMPRE INCLUEM OS IMPOSTOS.
- NO ENTANTO, OS HOTÉIS SE RESERVAM AO DIREITO DE COBRAR ALGUMAS TAXAS LOCAIS DIRETAMENTE DOS CLIENTES, COMO POR EXEMPLO "RESORT FEE" E "TAXAS DE TURISMO".
- A CVC NÃO SE RESPONSABILIZA POR QUALQUER REEMBOLSO DESSAS TAXAS.

Caso haja alguma dúvida, me coloco à disposição para esclarecê-la!
Atenciosamente,
RENATA SANTANA CONCEIÇÃO

Imprimir

PROOF STUDYING IN PUBLIC HIGHER
EDUCATION INSTITUTION

 Universidade Federal do Amazonas
Pró-Reitoria de Ensino de Graduação

 **UFAM**

# Comprovante de Matrícula Institucional

O Departamento de Registro Acadêmico da Pró-Reitoria de Ensino de Graduação da Universidade Federal do Amazonas recebeu de GISLEINE CRISTINA MANENTI aprovado(a) no SISU 2016 para o curso de IN07 - CIENCIAS AGRARIAS E DO AMBIENTE, os documentos exigidos para sua inscrição na Universidade Federal do Amazonas. Sendo inscrito(a) com o CPF: 064.828.839-07 e email: gis_bef@hotmail.com.

AVISOS IMPORTANTES

Início do Período Letivo:

25 de maio de 2016 - PRIMEIRO SEMESTRE

*Acesso ao Portal do Aluno a partir do dia 22/05/2016.

13 de Outubro de 2016 - SEGUNDO SEMESTRE

*Acesso ao Portal do Aluno a partir do dia 10/10/2016.

(Para os Cursos de Fisioterapia e a segunda Turma de Medicina da Capital, e para os Campi do Interior)

*PORTAL DO ALUNO: www.ecampus.ufam.edu.br

22 de Janeiro de 2016

Anténao Rodrigo Catalão Júnior
Diretor do Departamento de Registro Acadêmico - DRA/PROEG

 Universidade Federal do Amazonas
Pró-Reitoria de Ensino de Graduação

 UFAM

# Comprovante de Matrícula Institucional

O Departamento de Registro Acadêmico da Pró-Reitoria de Ensino de Graduação da Universidade Federal do Amazonas recebeu de GISLEINE CRISTINA MANENTI aprovado(a) no SISU 2016 para o curso de IN07 - CIENCIAS AGRARIAS E DO AMBIENTE, os documentos exigidos para sua inscrição na Universidade Federal do Amazonas. Sendo inscrito(a) com o CPF: 064.828.839-07 e email: gis_bef@hotmail.com.

AVISOS IMPORTANTES

Início do Período Letivo:

25 de maio de 2016 - PRIMEIRO SEMESTRE

*Acesso ao Portal do Aluno a partir do dia 22/05/2016.

13 de Outubro de 2016 - SEGUNDO SEMESTRE

*Acesso ao Portal do Aluno a partir do dia 10/10/2016.

(Para os Cursos de Fisioterapia e a segunda Turma de Medicina da Capital, e para os Campi do Interior)

*PORTAL DO ALUNO: www.ecampus.ufam.edu.br

22 de Janeiro de 2016

Antonio Henrique de Carvalho Júnior
Diretor do Departamento de Registro Acadêmico - DRA/PROEG

LANDS IN BRAZIL

# REPÚBLICA FEDERATIVA DO BRASIL





## 2º Tabelionato de Notas
### FOZ DO IGUAÇU - ESTADO DO PARANÁ
Av. Jorge Schimmelpfeng, 39 - Fone/Fax: (45) 3028.2845 - Centro - CEP 85851-110
E-mail: cartorio-2.tabelião@uol.com.br

*Gualter Sebastião Pinheiro*
**TABELIÃO**

*Luiz Juri Bracamonte*
*Juliana G. Pinheiro*
*Mônica de Pinheiro de Moro*
*Eliza Fátima Vartha*
*Rosalina Romena de Carvalho*
*Luís Roberto Samann*
*Gilmara J. Simões Rodrigues*

**ESCREVENTES**

| LIVRO Nº | 1078-N | | FLS. | 130 |

ESCRITURA PUBLICA DE COMPRA E VENDA QUE FAZEM:

**DELUGE PARTICIPAÇÕES E ADMINISTRAÇÃO DE BENS LTDA**

A FAVOR DE

**GISLEINE CRISTINA MANENTI**

**SAIBAM** quantos virem esta publica escritura, de compra e venda, que ao primeiro dia do mês de abril do ano de dois mil e dezesseis (01/04/2016), da Era Cristã, nesta cidade e Comarca de Foz do Iguaçu, Estado do Paraná, República Federativa do Brasil, em Cartório, perante mim 2º tabelião de notas, partes entre si justas e contratadas, a saber: de um lado como Outorgante Vendedora a firma **DELUGE PARTICIPAÇÕES E ADMINISTRAÇÃO DE BENS LTDA**, pessoa jurídica de direito privado, com sede em Curitiba/PR, na Rua Marechal Deodoro nº 262, andar, , Centro, , inscrita no CNPJ/MF sob nº 977.843.235/0001-88, com sua 3ª Alteração Contratual - Consolidação arquivada na Junta Comercial do Estado do Paraná sob nº ...093%607, em data de 04.03.2015, na qual consta que seu ...2007310-3, em sessão de 03/11/1977, e Certidão Simplificada ... Contrato Social encontra-se arquivado na mesma Junta que seu expedida pela mesma Junta em data de 04.03.2016, cujos documentos encontram-se arquivados nestas Notas, na Pasta 199-MS/173, neste ato representada por seu sócio administrador e procurador Sr. **LUIZ CARLOS BALCAMALE**, brasileiro, viúvo, advogado, juridicamente capaz, inscrito na OAB/PR sob nº 6749, ... residente e domiciliado na Rua Sul Barbosa, nº 933, Apto. 102, , Centro, nesta cidade de Foz do Iguaçu-PR, conforme Instrumento Publico de Procuração lavrada às fls. 034/035 do Livro 332-P, em data de 22/05/2012, no Tabelionato e Registro Civil Santa Quitéria, da Comarca de Curitiba-PR, cujo instrumento encontra-se registrado nestas Notas as Fls. 179/181 do Livro 108-RP, e sinal público nº.1.277; e de outro lado como outorgada compradora **GISLEINE CRISTINA MANENTI**, brasileira, tecnóloga ambiental, juridicamente capaz, solteira, nascida em 12/04/19.., portadora da Carteira de Identidade RG 9.084.643-7/SSP/PR, e da Carteira Nacional de Habilitação CNH-09920000710/DETRAN/PR, inscrita no CPF/MF sob nº 064.859.839/07, residente e domiciliada na Avenida dos Estados, nº 1100, Centro, na cidade de Santa Terezinha de Itaipu-PR. Reconhecidas como próprias por mim 2º Tabelião de Notas, conforme documentos apresentados do que dou fé, então, pela outorgante vendedora, na forma acima representada, foi-me declarado que sendo senhora e legítima possuidora livre e desembaraçado de quaisquer dúvidas, ... ônus reais inclusive hipotecas mesmo de quaisquer, movidas ou tituída da: **LOTE Nº 20 (vinte), DA QUADRA Nº 77 (setenta e sete), do DISTRITO DE SANTA TEREZINHA, neste Município e Comarca**, sem benfeitorias, com a área de 588,00m2, com as ... extensão de 13,00metros, com a Rua .... e um lado numa extensão de 45,00metros, com os lotes nº ...



# REPÚBLICA FEDERATIVA DO BRASIL



## 2º Tabelionato de Notas
### FOZ DO IGUAÇU - ESTADO DO PARANÁ

**Gualter Sebastião Pinheiro**
TABELIÃO

Av. Jorge Schimmelpfeng, 39 - Fone/Fax: (45) 3528.2845 - Centro - CEP 85851-110
E-mail: cartoriopinheiro@uol.com.br

*Lucy Mari Braz(...)*
*Eliane G. Pinheiro*
*Mariane G. Pereira de Souza*
*Elza de Fátima Varella*
*(...) de Carvalho*
*Luis Rubens Sonnntza*
*Gelmara J. Simões Rapagnã*

ESCREVENTES

| LIVRO Nº | 107B-N | FLS. | 181 |

convencionado de R$ 10.000,00 (dez mil reais), (...) paga anteriormente em conta corrente do qual valor que a outorgante na forma (...) representada, confessa (...) haver recebido. Pelo que dá plena, geral e irrevogável quitação de paga e satisfeita para (...) reclamar, transferindo a outorgada compradora toda a (...) posse, domínio, direitos, ações e servidões que exerciam sobre o (...) imóvel, para que dele a compradora use, goze e livremente disponha como seu que fica sendo por bem desta escritura e da cláusula CONSTITUTI, obrigando-me eis vendedora, por si, seus herdeiros e sucessores, a fazer esta escritura sempre boa, firme e valiosa a todo tempo e a responder pela evicção legal, se chamada a autoria. Pela outorgada for-me declarado que aceita esta escritura nos seus expressos termos, para que a mesma produza os seus jurídicos e legais efeitos. Em seguida apresentaram-me os seguintes documentos Guia de Impostos (...) sob nº 26000000014205970-0, paga em data de hoje, no valor de R$ 260,00, com base no valor da avaliação da prefeitura de Santa Terezinha do Itaipu-PR no valor de R$ 130.000,00, conforme guia de (...) GR nº 54/2016; **Certidão Positiva com efeito de Negativa - Imóvel, sob nº 920/2016, expedida pela Prefeitura Municipal da cidade de Santa Terezinha de Itaipu-PR, em data de 24.03.2016, sobre o imóvel objeto da presente;** Certidão Negativa de ônus reais e ações reais e pessoas reipersecutórias, expedida pelo Cartório do 1º Ofício Imobiliário desta Comarca, em data de 07.03.2016, sobre o imóvel objeto da presente; **Certidão Positiva expedida pelo Cartório do Distribuidor Público desta Comarca, em data de 07.03.2016, nome da firma vendedora;** Certidão Negativa de Distribuição - Ações e execuções civeis, fiscais e criminais, expedida pela Justiça Federal da 4ª Região, em data de 30.03.2016, em nome da firma vendedora; Certidão Negativa de Ações Trabalhistas nº 1º Grau nº 2016.03.09-03046#7, expedida via internet pelo Serviço de Distribuição dos feitos da Justiça do Trabalho da 9ª Região, em data de 09.03.2016, em nome da firma vendedora; Certidão Negativa de Débitos Trabalhistas - Nada Consta - nº 24(...)/2016 expedida via internet pela Justiça do Trabalho - Poder Judiciário, em data de 09.03.2016, com validade até 06.09.2016, em nome da firma outorgante; Certidão Negativa de Débitos relativos aos Tributos Federais e à Dívida Ativa da União, expedida pela Secretaria da Receita Federal do Brasil e Procuradoria-Geral da Fazenda Nacional, em nome da firma vendedora, emitida em 09.03.2016 e válida até a data de 05.09.2016, com código de controle de certidão C(...), Certidão emitida com base na Portaria Conjunta RFB/PGFN nº 1.751 de 02/10/2014, tendo em vista a Portaria nº 758 de 03/09/2014, (...) decorrência das (...) a certidão conjunta emitida a partir de 03/11/2014, data que começa a abranger as (...) mencionadas, abrange todos os tributos Federais administrados pela Receita Federal do Brasil e (...)-Geral da Fazenda Nacional. Cuja certidão encontra-se arquivada neste Notas, à fls. 000, do Livro (...) **Pelas partes me foi dito ainda que deixam de apresentar as**

# REPÚBLICA FEDERATIVA DO BRASIL




## 2º Tabelionato de Notas
FOZ DO IGUAÇU - ESTADO DO PARANÁ

**Gualter Sebastião Pinheiro**
TABELIÃO

Av. Jorge Schimmelpfeng, 38 - Fone/Fax: (45) 3028-2845 - Centro - CEP 85851-110
E-mail: cartoriopinheirofoz@uol.com.br

Iara Mari Bruzzenessi
Denise G. Pinheiro
Marsiane G. Pinheiro de Mattos
Elita de Fátima Vortko
Luiz Roberto Santacaro
Gylmara J. Simões Refeggia
**ESCREVENTES**

| LIVRO Nº | 1079-N | FLS. |
|---|---|---|

tabeliães do Foro Judicial Civil desta Comarca de Foz do
Iguaçu-PR, da Justiça Federal e da Justiça do Trabalho, tendo
dado sua compreensão e entendimento quanto ao respectivo
conteúdo, dispensando as discriminações e transcrições do que
foi especialmente orientada quanto as demais premissas
necessárias, bem como quanto às possíveis verificações dos Car-
tórios Distribuidores dos Foros Judiciais competentes, assumindo
total responsabilidade por suas opções, escolhas e ações que
ratifico expressamente e autorização para esta Serventia
realizar, perante as repartições públicas em geral e registros
públicos, todos os geslas e diligências necessárias ao convo-
niente ao preparo ou o eficácia dos atos (CN art. 6441 2) que
o Imposto de Transmissão de Bens Imóveis (ITBI), devido ao
município, será pago posteriormente e o respectivo comprovante
será apresentado ao Cartório de Registro de Imóveis competente,
para fins de direito, de conformidade com o que estabelece o
artigo 1295 do Código Civil Brasileiro. Pela Outorgante
Vendedora, me foram representada, me foi dito que, declara sob
as penas da lei que declara sob pena de responsabilidade civil e
penal, que sobre o imóvel, objeto da presente escritura, não
existem nenhuma ação ou ações reais e presente rapercussórias,
relativas ao imóvel e de outros Ônus reais, incidentes sobre o
mesmo imóvel, consoante o que lhes determina o § 2º do artigo 1º
do Decreto nº 93,240, de 09/09/1986, que regulamenta a Lei nº
7433 de 18/12/1985. **Emitida a D.O.I. Certifico que foi
realizada a consulta à base de dados da Central Nacional de In-
disponibilidade de Bens - CNB, efetuada no Portal Eletrônico sob
o domínio http://www.indisponibilidade.org.br, em data de hoje,
com resultado NEGATIVO, para o CNPJ da outorgante e CPF do
outorgado, com códigos gerados (hash): f097.8d2e.#f9e.849f.
ecbe.10f8.  ab86.22d0.   728a.afbc   e  d018.660a.   5dd5.7ff5.
be71.4705.  5a22.22d3.  c8f6.85e9  , bem como, certifico que as
partes foram expressamente comunicadas de que a existência da
ordem de indisponibilidade poderá ter como consequência a im-
possibilidade do registro do presente ato no Ofício de Registro
de Imóveis competente.(Provimento nº 39/2014 do CNJ)** Assim o
disseram e dou fé, a pedido das partes, lavrei-lhes a presente
escritura, a qual sendo feita e lhes lida, acharam-na conforme,
outorgaram e assinam, tendo sido alertadas da res-
ponsabilidade civil e criminal pelos elementos declaratórios e
na autenticidade dos documentos apresentados, constantes desta
instrumento, que após a sua assinatura, são inalteráveis, im-
putando esta serventia de todas as responsabilidades
decorrentes, dispensando ainda a presença das testemunhas de
conformidade com o Código de Normas da Corregedoria Geral do
Justiça do Estado do Paraná. **O presente ato foi registrado no
Livro de Protocolo Geral sob nº 16-001239, em data de hoje.**
Eu,(Gualter S. Pinheiro) __ 2º Tabelião de Notas, o digitei,
subscrevi, dato e assino. Foz do Iguaçu, 3 de abril de 2015.
Emol. 1,230,00 / FR 394,00 * Sel 0,00 drumida, * 0,73 mais, com
base na avaliação da prefeitura de Santa Teresinha de Itaipu-PR

# REPÚBLICA FEDERATIVA DO BRASIL

## 2º Tabelionato de Notas
### FOZ DO IGUAÇU - ESTADO DO PARANÁ

Gualter Sebastião Pinheiro
TABELIÃO

Av. Jorge Schimmelpfeng, 26 - Fone-Fax (45) 3028.2845 - Centro - CEP 85851-210
E-mail: cartoriopinheiro@uol.com.br

Lucas Vani Bruzzamolin
Juliane G. Pinheiro
Mariane G. Pinheiro de Moura
Elza de Fátima Veríku
Rosalina Ramona de Carvalho
Luiz Roberto Somatto
Gylmara J. Similen Rafugnin

ESCREVENTES

| LIVRO Nº | 1078-N | FLS. | 133 |

Gylmara J. S. Rafugnin
· Escrevente