UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISLEINE CRISTINA MANENTI,

                    Plaintiff,

-against-

THE GOVERNMENT OF THE USA,

                    Defendant.

1:22-CV-2292 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 15, 2022, dismissing this action for lack of subject matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 15, 2022
              New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge